UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 5:21-MJ-00055-1-JLT |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| ASHLEY NICOLE DUNCAN, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Mai S. Shawwa is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to November 10, 2021, for the initial appearance only.

IT IS SO ORDERED.

Dated:   **November 15, 2021**          _/s/ Jennifer L. Thurston_
                                        CHIEF UNITED STATES MAGISTRATE JUDGE